# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CLOUD BASED PERSONAL LOAN LOCATOR, INC. d/b/a PERSONAL LOANS NOW, and DOES 1-10 INCLUSIVE,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 23cv0748 DMS (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

In accordance with Federal Rule of Civil Procedure 41, Plaintiff Thane Charman and Defendant Cloud Based Loan Locator, Inc. d/b/a Personal Loans Now have filed a joint motion to dismiss and request that the Court dismiss Plaintiff's claims against Defendant Cloud Based Loan Locator, Inc. d/b/a Personal Loans Now with prejudice. Good cause appearing, the joint motion is granted and Plaintiff's claims against Defendant Cloud Based Loan Locator, Inc. d/b/a/ Personal Loans Now are hereby DISMISSED with prejudice. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED**.

Dated: August 22, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw, Chief Judge
　　　　　　　　　　　　　　　　　United States District Court